# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-95-00509-CV

**David Vasquez, Appellant**

**v.**

**Alonso Camara d/b/a Alonso Camara Insurance Agency, Progressive County Mutual Insurance Company, and Bank One, Texas, N.A., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. 93-13518, HONORABLE MARY C. WILLIAMS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

David Vasquez filed his notice of appeal in the trial court on July 20, 1995. This Court abated this appeal in 1996 after receiving notice that Vasquez had filed for bankruptcy. *See* Tex. R. App. P. 8.1, 8.2. After the abatement, no party to this appeal sought reinstatement. *See* Tex. R. App. P. 8.3. We have now been informed that the bankruptcy case related to this appeal is closed.

On November 17, 2016, this Court mailed notice to appellant that this appeal would be dismissed for want of prosecution unless he filed a status report on or before November 28, 2016, that provided reason to retain this appeal. *See* Tex. R. App. P. 42.3(b). To date, no response has been filed. Accordingly, we reinstate this appeal and dismiss it for want of prosecution.

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Dismissed for Want of Prosecution

Filed: November 30, 2016